IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC<br><br>    Plaintiff,<br><br>v.<br><br>BACARDI U.S.A., INC.,<br><br>    Defendant. | C.A. No. _____ |

**PLAINTIFF PERNOD RICARD USA, LLC'S DISCLOSURE
PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a), Pernod Ricard USA, LLC hereby discloses that it is a limited liability company organized under the laws of Indiana, of which 99% of the "common stock" is owned by ÉTABLISSEMENTS VITICOLES CHAMPENOIS, a French Corporation that is wholly-owned by Pernod Ricard S.A. of Paris, France, and of which 1% of the "common stock" is owned by Austin, Nichols & Co., Incorporated, a Delaware corporation that is also wholly-owned by Pernod Ricard S.A.

Shares of Pernod Ricard S.A. are traded on the Paris Stock Exchange.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Plaintiff
  PERNOD RICARD USA, LLC

OF COUNSEL:

Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
ROPES & GRAY LLP
1251 Avenue of the Americas
New York, NY 10020
(212) 596-9000

August 15, 2006

532798