# United States District Court

_____ DISTRICT OF DELAWARE _____

PERNOD RICARD USA, LLC,

        Plaintiff,

    v.

BACARDI U.S.A., INC.,

        Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  0 6 - 5 0 5

TO:    BACARDI U.S.A., INC.
        c/o The Corporation Trust Company
        1209 Orange Street
        Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

    Rodger D. Smith, II, Esquire
    Morris, Nichols, Arsht & Tunnell LLP
    1201 N. Market Street
    P.O. Box 1347
    Wilmington, DE 19899-1347

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                            8/15/06
_____          _____
CLERK                                                                    DATE

*E. Stricklen* (signature)
_____
BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br><br>August 15, 2006 |
| NAME OF SERVER (PRINT)<br><br>Scott Barber | TITLE<br><br>Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): A copy of the Summons and Complaint were served on Bacardi USA, Inc.'s registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801 at 12:40 p.m. on August 15, 2006.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    August 17, 2006    *[signature]*
                   Date              *Signature of Server*
                                     Scott Barber, Courier
                                     MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                     1201 N. Market Street
                                     Wilmington, DE 19801
                                     (302) 658-9200

                                     *Address of Server*