IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC., <br><br> Plaintiff, <br><br> v. <br><br> BACARDI U.S.A., INC., <br><br> Defendant. | C.A. No. 06-505 (SLR) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the parties, that Bacardi U.S.A., Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned action is hereby extended through and including September 20, 2006.

/s/ Rodger D. Smith II
Jack B. Blumenfeld (#1014)
Rodger D. Smith, II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
rsmith@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801
Telephone: (302) 658-9200
*Attorneys for Plaintiff*
*Pernod Ricard USA, LLC.*

William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
wade@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
P.O. Box 551
Wilmington, DE 19801
Telephone: (302) 651-7700
*Attorneys for Defendant Bacardi U.S.A., Inc.*

IT IS SO ORDERED this _____ day of September, 2006.

_____
Honorable Sue L. Robinson

RLF1-3054209-1