IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BACARDI U.S.A., INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-505 (SLR) <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION TO TRANSFER VENUE
### TO THE SOUTHERN DISTRICT OF FLORIDA

Defendant Bacardi U.S.A., Inc. ("Bacardi"), by and through its respective undersigned attorneys and pursuant to 28 U.S.C. § 1404(a), hereby moves this Court for an order, in a form substantially similar to the attached order, to transfer venue of the above-captioned action to the United States District Court for the Southern District of Florida. The grounds for this motion are set forth in Defendant's Opening Brief in Support of Its Motion to Transfer Venue to the Southern District of Florida and the Declaration of William Golden filed contemporaneously herewith.

Of Counsel:

Oscar Garibaldi
Emily Henn
Jennifer Ellickson
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARDS LAYTON & FINGER, P.A.
wade@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7718
Facsimile: (302) 498-7718
Attorneys for Defendant
Bacardi U.S.A., Inc.

RLF1-3057921-1

William Golden
Michelle Graham
Matthew Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Dated:  September 13, 2006

:

:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, </br></br> Plaintiff, </br></br> v. </br></br> BACARDI U.S.A., INC., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 06-505 (SLR) </br> ) </br> ) </br> ) </br> ) </br> ) |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1., the undersigned counsel hereby certifies that they have consulted with counsel for Pernod Ricard USA, LLC ("Pernod") and have been advised that Pernod opposes the relief sought by this Motion.

Of Counsel:

Oscar Garibaldi
Emily Henn
Jennifer Ellickson
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

William Golden
Michelle Graham
Matthew Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Dated: September 13, 2006

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARDS LAYTON & FINGER, P.A.
wade@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7718
Facsimile: (302) 498-7718
 Attorneys for Defendant
 *Bacardi U.S.A., Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 06-505 (SLR) |
| BACARDI U.S.A., INC., | ) ) ) |
| Defendant. | ) ) |

### ORDER

The Court, having considered Defendant Bacardi U.S.A., Inc.'s Motion to Transfer Venue to the Southern District of Florida, and the parties' positions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2006 that the Motion is GRANTED.

_____
UNITED STATES DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Jack B. Blumenfeld
> Rodger D. Smith, II
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19801

I hereby certify that on September 13, 2006, I have sent by Federal Express the foregoing document to the following non-registered participants:

> Herbert F. Schwartz
> Vincent N. Palladino
> Pablo D. Hendler
> ROPES & GRAY LLP
> 1251 Avenue of the Americas
> New York, NY 10020

> Anne Shea Gaza (#4093)
> Gaza@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700

RLF1-3055946-1