IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC., <br><br> Plaintiff, <br><br> v. <br><br> BACARDI U.S.A., INC., <br><br> Defendant. | C.A. No. 06-505 (SLR) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to order of the Court, by and between counsel for the parties, that Bacardi U.S.A., Inc.'s time to move, answer or otherwise respond to the complaint filed in the above-captioned action is hereby extended through and including September 22, 2006.

| | |
|---|---|
| /s/ Rodger D. Smith | /s/ Anne Shea Gaza |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| Rodger D. Smith, II (#3778) | Anne Shea Gaza (#4093) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
| rsmith@mnat.com | wade@rlf.com |
| 1201 N. Market Street | gaza@rlf.com |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE 19801 | 920 North King Street |
| Telephone: (302) 658-9200 | P.O. Box 551 |
| *Attorneys for Plaintiff* | Wilmington, DE 19801 |
| *Pernod Ricard USA, LLC* | Telephone: (302) 651-7700 |
| | *Attorneys for Defendant Bacardi U.S.A., Inc.* |

IT IS SO ORDERED this _____ day of September, 2006.

_____
Honorable Sue L. Robinson

RLF1-3054209-2