IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-505 (SLR) |
| | ) |
| BACARDI U.S.A., INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff Pernod Ricard USA, LLC to file its Answering Brief in opposition to defendant's Motion to Transfer (D.I. 6) is extended until October 6, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARD, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II (# 3778)* | */s/ Anne Shean Gaza (#4093)* |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| Rodger D. Smith II (#3778) | Anne Shea Gaza (#4093) |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7718 |
| rsmith@mnat.com | gaza@rlf.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

SO ORDERED this ___ day of _____ 2006.

_____
United States District Court Judge

538559