IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC,         ) | |
|               Plaintiff,         ) | |
| v.         ) | C.A. No. 06-505 (SLR) |
| BACARDI U.S.A., INC.,         ) | |
|               Defendant.         ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for plaintiff Pernod Ricard USA, LLC to file its Answering Brief in opposition to defendant's Motion To Dismiss Under Rule 12(b)(6) (D.I. 12) is extended until October 20, 2006.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARD, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Anne Shea Gaza* |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| Rodger D. Smith II (#3778) | Anne Shea Gaza (#4093) |
| 1201 N. Market Street | Richards Layton & Finger |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@mnat.com | (302) 651-7718 |
|   Attorneys for Plaintiff | gaza@rlf.com |
| |   Attorneys for Defendant |

SO ORDERED this ___ day of _____ 2006.

_____
United States District Court Judge

539666