IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BACARDI U.S.A., INC.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:  C.A. No. 06-505-SLR<br>:<br>:<br>:<br>:<br>:<br>: |

NOTICE OF CHANGE OF ADDRESS FOR THE
LAW FIRM OF ROPES & GRAY LLP

PLEASE TAKE NOTICE that effective January 22, 2007, the address of Ropes & Gray LLP, the law firm serving as of counsel of record for plaintiff Pernod Ricard USA, LLC, will be: 1211 Avenue of the Americas, New York, NY 10036. The telephone numbers of the firm will remain the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  Attorneys for Plaintiff
  PERNOD RICARD USA, LLC

January 17, 2007

677350

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2007, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

William J. Wade
Richards, Layton & Finger, P.A.

I further certify that I caused copies of the foregoing to be served on January 17, 2007, upon the following in the manner indicated:

**BY EMAIL AND HAND**

William J. Wade
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**BY EMAIL**

Eugene D. Gulland
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004

William R. Golden, Jr.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com