IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERNOD RICARD USA LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-505-SLR |
| | ) | |
| BACARDI U.S.A., INC. | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 21st day of August, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion to dismiss count two (D.I. 12) is granted.

_____
United States District Judge