IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PERNOD RICARD USA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-505 (SLR) |
| ) | |
| BACARDI U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 31, 2007 true and correct copies of the attached Verification of John Gomez as to Defendant's Response to Pernod Ricard USA LLC's First Set of Interrogatories was served on counsel in the following manner:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
WILMINGTON, DE 19801

**VIA E-MAIL AND FEDERAL EXPRESS**
Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

-2-

Of Counsel:

William R. Golden, Jr.
Michelle M. Graham
Matthew Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY  10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897


Dated:  August 31, 2007

*/s/ William J. Wade*
William J. Wade (#704)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
wade@rlf.com
gaza@rlf.com
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7718
Facsimile: (302) 498-7718
  Attorneys for Defendant
  *Bacardi U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2007, I caused to be served the foregoing document on counsel of record at the addresses and in the manner indicated below:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801


**VIA E-MAIL & FEDERAL EXPRESS**
Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

## EXECUTION AS TO ANSWERS

I, John Gomez, declare under penalties of perjury under the laws of the United States that I am Senior Vice President and Chief Marketing Officer, Bacardi U.S.A., Inc., and that the answers herein are made upon personal knowledge, the records of Bacardi U.S.A., Inc., or on information and belief concerning the truth of their contents.

Signed this ___th day of _____, 2007

_____
John Gomez