IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERNOD RICARD USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-505 (SLR) |
| | ) | |
| BACARDI U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of: (1) Pernod Ricard USA, LLC's Responses To Defendant's First Set Of Requests For Documents And Things; (2) Pernod Ricard USA, LLC's Responses To Defendant's First Set Of Interrogatories; and (3) Pernod Ricard USA, LLC's Objections And Responses To Defendant's First Set Of Requests For Admission, were caused to be served on October 1, 2007, upon the following in the manner indicated:

**BY HAND AND E-MAIL**

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19801

**BY E-MAIL**

Emily Johnson Henn, Esquire
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Michelle M. Graham, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II (#3778)*
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE 19899-1347
        (302) 658-9200
        rsmith@mnat.com
        *Attorneys for Plaintiff*
        *PERNOD RICARD USA, LLC*

OF COUNSEL:

Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
Eric C. Hubbard
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

October 1, 2007

911310

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on October 1, 2007, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Anne Shea Gaza, Esquire
> Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on October 1, 2007, upon the following in the manner indicated:

**BY HAND & E-MAIL**

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**BY E-MAIL**

Emily Johnson Henn, Esquire
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004

Michelle M. Graham, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

 /s/ Rodger D. Smith II (#3778)
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com