IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-505 (SLR) |
| | ) |
| BACARDI U.S.A., INC., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date by which document production from the parties must be substantially completed is extended until October 30, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Anne Shea Gaza* |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| Rodger D. Smith II (#3778) | Anne Shea Gaza (#4093) |
| 1201 N. Market Street | Richards Layton & Finger, P.A. |
| P.O. Box 1347 | One Rodney Square |
| Wilmington, DE 19899 | 920 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| rsmith@mnat.com | (302) 651-7718 |
|   Attorneys for Plaintiff | gaza@rlf.com |
| |   Attorneys for Defendant |

SO ORDERED this ___ day of _____ 2007.

_____
United States District Court Judge

1265750