IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-505 (SLR) |
| | ) |
| BACARDI U.S.A., INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF DEPOSITION OF JOHN GOMEZ**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff Pernod Ricard USA, LLC, will take the deposition by oral examination of John Gomez at the Wyndham Grand Bay Hotel, 2669 S. Bayshore Drive, Miami, FL, commencing at 9:30 A.M. on January 30, 2008, or at such other time and place as counsel may agree.

The deposition will be taken before a Notary Public or other officer authorized by law to administer oaths, and will continue from day to day until completed, weekends and holidays excepted, with such adjournments as to time and place that may be necessary. The deposition will be recorded by sound, video and/or stenographic means.

You are invited to attend.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II (#3778)*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Plaintiff*
  *PERNOD RICARD USA, LLC*

OF COUNSEL:

Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
Eric C. Hubbard
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

January 23, 2008

1417381

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on January 23, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Anne Shea Gaza, Esquire
> RICHARDS, LAYTON & FINGER, P.A.

I also certify that copies were caused to be served on January 23, 2008, upon the following in the manner indicated:

### BY HAND & E-MAIL

> Anne Shea Gaza, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> 920 North King Street
> Wilmington, DE  19801

### BY E-MAIL

> Emily Johnson Henn, Esquire
> Covington & Burling LLP
> 1201 Pennsylvania Avenue, N.W.
> Washington, DC  20004

> Michelle M. Graham, Esquire
> Kelley Drye & Warren LLP
> 101 Park Avenue
> New York, NY  10178

*/s/ Rodger D. Smith II (#3778)*

Rodger D. Smith II (#3778)
rsmith@mnat.com