IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>BACARDI U.S.A., INC.,<br><br>      Defendant. | C.A. No. 06-505 (SLR) |

### NOTICE OF DEPOSITION

TO:  Jack B. Blumenfeld                       Herbert F. Schwartz
       Rodger D. Smith, II                     Vincent N. Palladino
       Morris, Nichols, Arsht & Tunnell LLP    Pablo D. Hendler
       1201 N. Market Street                   ROPES & GRAY LLP
       P.O. Box 1347                             1211 Avenue of the Americas
       Wilmington, DE 19801                 New York, NY 10036

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30, Defendant Bacardi U.S.A., Inc. will take the deposition of Stephen Tamposch at 10:00 a.m. on February 15, 2008, at the offices of Kelley Drye & Warren LLP, 101 Park Avenue, New York NY 10178. You are invited to attend and cross-examine.

#### MANNER OF RECORDATION OF DEPOSITION

The deposition will be conducted upon oral examination before a certified shorthand reporter who is authorized to administer oaths and will be recorded both stenographically and on videotape.

| | |
|---|---|
| Of Counsel:<br><br>William R. Golden, Jr.<br>Michelle M. Graham<br>Matthew Marcotte<br>KELLEY DRYE & WARREN LLP<br>101 Park Avenue<br>New York, NY 10178<br>Telephone: (212) 808-7800<br>Facsimile: (212) 808-7897<br><br>Dated: January 24, 2008 | /s/ Anne Shea Gaza<br>William J. Wade (#704)<br>Anne Shea Gaza (#4093)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7718<br>Facsimile: (302) 498-7718<br>wade@rlf.com<br>gaza@rlf.com<br>  *Attorneys for Defendant*<br>  *Bacardi U.S.A., Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I caused to be served the foregoing document on counsel of record at the addresses and in the manner indicated below:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

**VIA E-MAIL & FEDERAL EXPRESS**
Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

/s/ *Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700