IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BACARDI U.S.A., INC.,<br><br>　　　　Defendant. | C.A. No. 06-505 (SLR) |

## NOTICE OF DEPOSITION

TO:　Jack B. Blumenfeld　　　　　　　　　Herbert F. Schwartz
　　　Rodger D. Smith, II　　　　　　　　　Vincent N. Palladino
　　　Morris, Nichols, Arsht & Tunnell LLP　　Pablo D. Hendler
　　　1201 N. Market Street　　　　　　　　ROPES & GRAY LLP
　　　P.O. Box 1347　　　　　　　　　　　　1211 Avenue of the Americas
　　　Wilmington, DE 19801　　　　　　　　New York, NY 10036

PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30, Defendant Bacardi U.S.A., Inc. will take the deposition of Mark Barabell at 10:00 a.m. on February 14, 2008, at the offices of Kelley Drye & Warren LLP, 101 Park Avenue, New York NY 10178. You are invited to attend and cross-examine.

### MANNER OF RECORDATION OF DEPOSITION

The deposition will be conducted upon oral examination before a certified shorthand reporter who is authorized to administer oaths and will be recorded both stenographically and on videotape.

Of Counsel:

William R. Golden, Jr.
Michelle M. Graham
Matthew Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Dated: January 24, 2008

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7718
Facsimile: (302) 498-7718
wade@rlf.com
gaza@rlf.com
  *Attorneys for Defendant*
  *Bacardi U.S.A., Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I caused to be served the foregoing document on counsel of record at the addresses and in the manner indicated below:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

**VIA E-MAIL & FEDERAL EXPRESS**
Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

/s/ *Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700