IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>BACARDI U.S.A., INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-505-SLR<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date by which fact discovery from the parties is to be complete is extended until March 14, 2008, and the date by which expert discovery is to be complete is extended until June 27, 2008. Under the revised schedule for expert discovery, expert reports on issues for which a party bears the burden of proof are due April 11, 2008, and rebuttal expert reports are due May 23, 2008.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Anne Shea Gaza*

William J. Wade (#704)
Anne Shea Gaza (#4093)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7718
Attorneys for Defendant

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Attorney for Plaintiff

SO ORDERED this ___ day of _____ 2008.

_____
United States District Judge

RLF1-3252767-1