IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-505-SLR ) |
| BACARDI U.S.A., INC., | ) ) |
| Defendant. | ) ) |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that: (a) the date by which fact discovery from the parties is to be completed is extended until April 25, 2008; (b) the date by which expert discovery is to be completed is extended until August 8, 2008; (c) expert reports on issues for which a party bears the burden of proof are due May 23, 2008; and (d) rebuttal expert reports are due July 3, 2008.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Anne Shea Gaza* |
| Jack B. Blumenfeld (#1014) | William J. Wade (#704) |
| Rodger D. Smith II (#3778) | Anne Shea Gaza (#4093) |
| 1201 N. Market Street | One Rodney Square |
| P.O. Box 1347 | 920 North King Street |
| Wilmington, DE 19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 651-7718 |
| Attorney for Plaintiff | Attorneys for Defendant |

SO ORDERED this ___ day of _____ 2008.

_____
United States District Judge

2288886