IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PERNOD RICARD USA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-505 (SLR) |
| | ) | |
| BACARDI U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that copies of *The Expert Report of Walter McCullough (entitled Report on a Test to Determine the Country of Origin Communicated by "Havana Club" Rum)* were caused to be served on May 27, 2008, upon the following in the manner indicated:

**BY E-MAIL**

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Emily Johnson Henn, Esquire
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004

Michelle M. Graham, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *PERNOD RICARD USA, LLC*

OF COUNSEL:

Vincent N. Palladino
Eric C. Hubbard
Michael P. Kahn
Brynn Metzger-Hare
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000

May 27, 2008

1237177

2

**CERTIFICATE OF SERVICE**

  I, Rodger D. Smith II, hereby certify that on May 27, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

    Anne Shea Gaza, Esquire
    Richards, Layton & Finger, P.A.

  I also certify that copies were caused to be served on May 27, 2008, upon the following in the manner indicated:

    **BY E-MAIL**

    Anne Shea Gaza, Esquire
    Richards, Layton & Finger, P.A.
    One Rodney Square
    920 North King Street
    Wilmington, DE  19801

    Emily Johnson Henn, Esquire
    Covington & Burling LLP
    1201 Pennsylvania Avenue, N.W.
    Washington, DC  20004

    Michelle M. Graham, Esquire
    Kelley Drye & Warren LLP
    101 Park Avenue
    New York, NY  10178

    */s/ Rodger D. Smith II*

    Rodger D. Smith II (#3778)
    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
    Wilmington, DE  19801
    (302) 658-9200
    rsmith@mnat.com