IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-505-SLR |
| ) | |
| BACARDI U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the date by which the parties shall exchange rebuttal expert reports is extended from the previous deadline of July 3, 2008 to and including July 14, 2008.

RICHARDS, LAYTON & FINGER, P.A.          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Anne Shea Gaza                                              /s/ Rodger D. Smith II
William J. Wade (#704)                                       Jack B. Blumenfeld (#1014)
Anne Shea Gaza (#4093)                                    Rodger D. Smith II (#3778)
One Rodney Square                                              1201 N. Market Street
920 North King Street                                           Wilmington, DE 19899-1347
Wilmington, DE 19801                                          Telephone: (302) 658-9200
Telephone: (302) 651-7718                                  Attorney for Plaintiff
Attorneys for Defendant

SO ORDERED this ___ day of _____ 2008.

_____
United States District Judge