IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-505 (SLR) |
| | ) |
| BACARDI U.S.A., INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of: *Walter McCullough's Objections and Responses to Bacardi's Subpoena* were caused to be served on July 17, 2008, upon the following in the manner indicated:

**BY E-MAIL**

William R. Golden, Jr., Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *PERNOD RICARD USA, LLC*

OF COUNSEL:

Vincent N. Palladino
Eric C. Hubbard
Brynn Metzger-Hare
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY  10036
(212) 596-9000

July 17, 2008

911310

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on July 17, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Anne Shea Gaza, Esquire
> Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on July 17, 2008, upon the following in the manner indicated:

**BY HAND & E-MAIL**

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

**BY E-MAIL**

Emily Johnson Henn, Esquire
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC  20004

William R. Golden, Jr., Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com