IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>BACARDI U.S.A., INC.,<br><br>    Defendant. | C.A. No. 06-505 (SLR) |

### NOTICE OF DEPOSITION

TO:  Jack B. Blumenfeld                      Herbert F. Schwartz
      Rodger D. Smith, II                     Vincent N. Palladino
      Morris, Nichols, Arsht & Tunnell LLP    Pablo D. Hendler
      1201 N. Market Street                  ROPES & GRAY LLP
      P.O. Box 1347                           1211 Avenue of the Americas
      Wilmington, DE 19801                 New York, NY 10036

     PLEASE TAKE NOTICE that, under Federal Rule of Civil Procedure 30, Defendant Bacardi U.S.A., Inc. will take the deposition of Walter McCullough, Monroe Mendelsohn Research, Inc., at 10:00 a.m. on July 30, 2008, at the offices of Kelley Drye & Warren LLP, 101 Park Avenue, New York NY 10178. A subpoena was served on July 3, 2008 and a Notice of Subpoena was filed and served on July 3, 2008.

     You are invited to attend and cross-examine.

#### MANNER OF RECORDATION OF DEPOSITION

     The deposition will be conducted upon oral examination before a certified shorthand reporter who is authorized to administer oaths and will be recorded both stenographically and on videotape.

Of Counsel:

William R. Golden, Jr.
Michelle M. Graham
Matthew Marcotte
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Dated: July 28, 2008

/s/ Anne Shea Gaza
William J. Wade (#704)
Anne Shea Gaza (#4093)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7718
Facsimile: (302) 498-7718
wade@rlf.com
gaza@rlf.com
*Attorneys for Defendant
Bacardi U.S.A., Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2008, I caused to be served the foregoing document on counsel of record at the addresses and in the manner indicated below:

**VIA E-MAIL AND HAND DELIVERY**
Jack B. Blumenfeld
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

**VIA E-MAIL & FEDERAL EXPRESS**
Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700