IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-505 (SLR) ) |
| BACARDI U.S.A., INC., | ) ) |
| Defendant. | ) |

### BACARDI U.S.A., INC.'S MOTION TO PRECLUDE EXPERT TESTIMONY OF WALTER MCCULLOUGH

Defendant Bacardi U.S.A., Inc. hereby moves to preclude the expert testimony of Walter

McCullough pursuant to *Daubert v. Merrell Dow Pharm.*, 509 U.S. 579 (1993). The grounds for

this Motion are fully set forth in Bacardi U.S.A., Inc.'s Opening Brief in Support of Its Motion to

Preclude Expert Testimony of Walter McCullough and the Declaration of Michelle Graham,

dated September 17, 2008, which were contemporaneously filed herewith.

William J. Wade (#704)
wade@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Laura D. Hatcher (#5098)
hatcher@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
*Attorneys for Defendant*
*Bacardi U.S.A., Inc.*

Of Counsel:
Eugene D. Gulland
Oscar M. Garibaldi
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

William R. Golden, Jr.
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

Dated: September 17, 2008

RLF1-3322363-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2008, I caused to be served by HAND DELIVERY

and ELECTRONIC MAIL the foregoing document and electronically filed the same with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld
Rodger D. Smith, II
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19801

I hereby certify that on September 17, 2008, the foregoing document was sent via

ELECTRONIC MAIL to the following non-registered participants:

Herbert F. Schwartz
Vincent N. Palladino
Pablo D. Hendler
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036

Laura D. Hatcher (#5098)
hatcher@rlf.com