IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-505-SLR |
| BACARDI U.S.A., INC., | ) ) ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of April 6, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Bacardi U.S.A., Inc. and against plaintiff Pernod Ricard USA LLC.

_____
United States District Judge

Dated: 4/8/10

_____
(By) Deputy Clerk