## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PERNOD RICARD USA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-505 (SLR) |
| | ) |
| BACARDI U.S.A., INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Pernod Ricard USA, LLC, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the District Court's judgment entered in this action on April 8, 2010 in favor of defendant, Bacardi U.S.A., Inc., and against plaintiff, Pernod Ricard USA, LLC.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
  *Attorneys for Plaintiff*
  *Pernod Ricard USA, LLC*

May 7, 2010
3534855

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on May 7, 2010, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> Anne Shea Gaza, Esquire
> Richards, Layton & Finger, P.A.

I also certify that copies were caused to be served on May 7, 2010, upon the following in the manner indicated:

**BY E-MAIL**

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

William R. Golden, Jr., Esquire
Matthew Marcotte, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY  10178

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Wilmington, DE  19801
(302) 658-9200
rsmith@mnat.com