UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-2354
_____

PERNOD RICARD USA, LLC,

Appellant

v.

BACARDI U.S.A., INC.
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 06-cv-505)
District Judge:  Hon. Sue L. Robinson
_____

Argued
February 9, 2011

Before:  JORDAN, GREENAWAY, JR., and WEIS, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of Delaware and was argued on February 9, 2011.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the District Court's judgment dated April 6, 2010, and entered April 8, 2010, is AFFIRMED. All of the above in accordance with the opinion of this Court. Each party shall bear its own costs.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED:     August 4, 2011

**Certified as a true copy and issued in lieu of a formal mandate on** _9/1/11_

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**