OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

August 29, 2012

Rodger Dallery Smith , II
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

RE: Pernod Ricard USA LLC v. Bacardi U.S.A. Inc.
      Civ No.: 06-505 SLR

Dear Counsel:

Pursuant to the Order signed by the Honorable Sue L. Robinson on 8/22/12, the following sealed document(s) are herewith being returned to you:

D.I.# 17, 18, 88, 89, 107, 116

A copy of the signed acknowledgment has been attached for your records.

Peter T. Dalleo, Clerk,

By:_____

I hereby acknowledge receipt of the above mentioned documents on
_____AUG 2 9 2012_____ .

Signature:_____