OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

844 NORTH KING STREET, UNIT 18
WILMINGTON, DE 19801-3570
www.ded.uscourts.gov
(302) 573-6170

August 29, 2012

Anne Shea Gaza
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801

    RE: Pernod Ricard USA LLC v. Bacardi U.S.A. Inc.
        Civ No.: 06-505-SLR

Dear Counsel:

    Pursuant to the Order signed by the Honorable Sue L. Robinson on 8/22/12, the following sealed document(s) are herewith being returned to you:

    D.I.# 112

A copy of the signed acknowledgment has been attached for your records.

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on _____8/30/12_____.

Signature: _____